## WYNN, administrator, *vs.* WYNN.

1. The title to personalty cannot be determined on the trial of a possessory warrant therefor. 62 *Ga.*, 412.
2. If the judgment of the court below be right, it will be affirmed, though a wrong reason may have been assigned therefor.

JACKSON, Chief Justice.

[Wynn, administrator, sued out a possessory warrant against Mattie Wynn, to recover certain personalty held by her. The only real issue was whether the property belonged to her or to the estate. The case was submitted to the judge without a jury. He decided in favor of defendant, and dismissed the warrant. This was the error assigned.]